IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Eugene Craig
———————————————
              Plaintiff(s),

v.                                                                            Case No.   3:21-CV-00230

MicroBilt Corporation
———————————————
              Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Bruce S. Luckman, Esquire     of     Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
———————————————————         ———————————————————————————
              Attorney                                                                       Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New Jersey
                                                                                                     Jurisdiction

Dated this __20__ day of _____April,__ 2021_____

s/ Bruce S. Luckman
————————————————————————

Name    Bruce S. Luckman

Firm     Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

Address 308 Harper Drive

           Suite 200

City     Moorestown     State  NJ    Zip Code 08057

E-Mail  bluckman@shermansilverstein.com

Phone   +1 (856) 662-0700